JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:21-cv-01333-ODW (MAAx) | Date | June 15, 2022 |
|---|---|---|---|
| Title | *Maxwell Glassburg v. Ford Motor Company* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Patricia Kim | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

Pursuant to the parties' Stipulation of Dismissal, (ECF No. 67), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted on an individual basis are hereby **DISMISSED WITH PREJUDICE**;

2. The entire action and all claims asserted on behalf of a putative class are hereby **DISMISSED WITHOUT PREJUDICE**;

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

Due to the procedural posture of the case, no notice to the putative class is required.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                        :     00

                                    Initials of Preparer     PK